

1  Joey DeLeon, Esq. (SBN 150974)
   3501 Jamboree Rd., North Tower, 5th Flr
2  Newport Beach, CA 92660
   Telephone: (949) 509-4231
3  Facsimile: (949) 854-0676
   Attorneys for Downey Savings

Signed and Filed: April 10, 2008

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ELKE VORHEIS<br><br>                Debtor(s)<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION F.A.,<br>                Movant<br>v.<br>ELKE VORHEIS, Debtor and Debtor-In-Possession<br>                Respondent | CHAPTER: 11<br>CASE NO.: 07-31560 TEC<br>RS No. JDL-37<br>**ORDER GRANTING ADEQUATE PROTECTION**<br>Hearing Date/Time: 4/7/08 @ 1:00 p.m.<br>Judge: T. Carlson<br>Dept: 23 |

The hearing in the above-entitled case was held on the date, at the time, and in the department above-referenced, with Downey Savings and Loan Association, F.A. ("Downey") being represented by and through counsel, and other appearances being made as set forth on the record in open court, and an Affidavit of Service of all Respondents and of the U.S. Trustee having been filed with the Court, and the Court having considered the matter, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

# TERMS

1. Commencing in April 2008, Debtor shall timely pay and perform all post-petition obligations to accrue under Downey's Note and Deed of Trust, and shall pay directly to Downey all post-petition payments and applicable late charges to accrue thereunder, on the real property located at **227 Village Way, South San Francisco, CA** (the "Property"). Each payment is currently **$2,026.31** (but is subject to change), and is due on the first day of the calendar month during which the same accrues, and a late charge of **$101.14** accrues with respect to any payment not received by Downey on or before the 16th day of the month during which it becomes due.

2. Debtor shall repay the post-petition arrearages owed to Downey within eight (8) months of the hearing date on Downey's Motion. Downey's attorney's fees and costs incurred in this case are hereby allowed and shall be included in the post-petition arrearages to be repaid by the Debtor under this paragraph.

3. Any payment to be made or notice to be given to Downey shall be delivered only to: Downey Savings and Loan Association F.A., 3501 Jamboree Road, 3rd Floor, North Tower, Newport Beach, California 92660, Attention: Foreclosure Supervisor, or at such other place as may be noticed to Debtor, and shall reference loan number 9022403893.

4. If Debtor shall fail to make any of the payments or perform any other obligations in the time, amount, and/or manner required by this Order and/or Downey's Note and Deed of Trust, Downey shall mail notice of the default to Debtor, with a copy of the notice faxed to Debtor's attorney. If the default is not wholly cured in certified funds within ten (10) days of the mailing of the notice, Downey shall be released from the Stay provided under 11 U.S.C. §362(a) with respect to the Property without further notice, court hearing, or order. Notwithstanding the foregoing, after Debtor has wholly cured all post-petition arrearages set forth in paragraph 2 of this Order, if

Debtor thereafter defaults under the terms of this Order, Downey shall mail notice of the default to Debtor, with a copy of the notice faxed to Debtor's attorney, and if the default is not wholly cured in certified funds within ten (10) days of the mailing of the notice, then Downey may restore its motion for relief from stay to the Court's calendar by giving 15 days prior written notice to Debtor and Debtor's counsel.

        LET JUDGMENT BE ENTERED ACCORDINGLY.

Approved As To Form And Content:

DATED: April 8, 2008

/s/ *Joey DeLeon*
Joey DeLeon, Attorney for Downey Savings

DATED: April 8, 2008

/s/ *Stephen Finestone*
Stephen Finestone, Esq., Attorney for Debtor

**\*\* END OF ORDER \*\***

# COURT SERVICE LIST

Debtor(s):
ELKE VORHEIS
227 Village Way
South San Francisco, CA 94080

Debtor(s) Attorney (if any):
Stephen Finestone, Esq.
456 Montgomery Street, 20th Floor
San Francisco, CA 94104

U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Attorney for Downey Savings
Joey DeLeon, Esq.
Downey Savings and Loan Association F.A.
3501 Jamboree Rd., North Tower, 5th Floor
Newport Beach, CA 92660